ALBERT S. OSHRIN, Appellant, *v.* CELANESE CORPORATION OF AMERICA, Respondent, et al., Defendants.

Submitted May 17, 1943; decided May 27, 1943.

*Robert Nias West, Samuel Gottlieb* and *I. Gainsburg* for motion.

*Louis Susman* opposed.

Motion denied, with ten dollars costs. Error in description of the instrument, which embodies the decision appealed from, may be disregarded.